B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of North Carolina

In re: **Sheila Ann Pickett**, Debtor(s)

Case No. **13-10781**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

**Creditor's Name:** Bank of America Home Loans

**Describe Property Securing Debt:**
Home: 803 Stockport Way
McLeansville, NC 27301
(tax value)

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other. Explain **keep current; continue payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- [x] Claimed as Exempt
- [ ] Not claimed as exempt

### Property No. 2

**Creditor's Name:** Ratz & Rods

**Describe Property Securing Debt:**
2011 Ford Edge
Mileage: 163,000
Value: 90% NADA Retail

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- [x] Claimed as Exempt
- [ ] Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

### Property No. 1

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| -NONE- | | [ ] YES   [ ] NO |

B8 (Form 8) (12/08) Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **January 25, 2019**              Signature **/s/ Sheila Ann Pickett**
                                                 **Sheila Ann Pickett**
                                                 Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                             Best Case Bankruptcy